John McLaughlin, appellee, v. Chicago-Springfield Coal Company, appellant.

Action to recover for personal injuries sustained by an assistant cage man in a mine, caused by one of a trip of cars tipping over on him. Judgment for plaintiff. Appeal from the Circuit Court of Sangamon county; the Hon. Elbert S. Smith, Judge, presiding. Heard in this court at the October term, 1917. Reversed and remanded. Opinion filed April 19, 1918.

Timothy McGrath, for appellant. A. M. Fitzgerald, for appellee.

Mr. Justice Thompson delivered the opinion of the court.

---

David Shute, appellant, v. Thomas Gillogly, Charles E. Miller and G. E. A. Salmans, appellees.

Action to recover for fraud involving exchange of real estate. Judgment in favor of two of defendants and against the third. Appeal by plaintiff from the Circuit Court of Douglas county; the Hon. George A. Sentel, Judge, presiding. Heard in this court at the October term, 1917. Affirmed in part, reversed in part and remanded with directions. Opinion filed April 19, 1918. Rehearing denied and opinion modified and refiled July 2, 1918.

S. S. Du Hamel and Dobbins & Dobbins, for appellant. W. Thomas Coleman, W. W. Reeves and John H. Chadwick, for appellee Gillogly. Lindley, Penwell & Lindley, for appellee Miller; Walter C. Lindley, of counsel.

Mr. Justice Thompson delivered the opinion of the court.

---

John Hissong, appellant, v. Arthur Willard, appellee.

Action to recover for damage to buggy, etc., and medical treatment of wife due to collision with defendant's automobile. Judgment for defendant. Appeal from the Circuit Court of Champaign county; the Hon. Franklin H. Boggs, Judge, presiding. Heard in this court at the October term, 1917. Reversed and remanded. Opinion filed April 19, 1918.

Little & Finfrock and O. B. Dobbins, for appellant. Green & Palmer and Frank T. Carson, for appellee.

Mr. Justice Thompson delivered the opinion of the court.

---

Kate Hissong, appellee, v. Arthur Willard, appellant.

Action to recover for personal injuries sustained in a collision between defendant's automobile and a buggy in which plaintiff was riding. Judgment against defendant. Appeal from the Circuit Court of Champaign county; the Hon. Franklin H. Boggs, Judge, presiding. Heard in this court at the October term, 1917. Reversed and remanded. Opinion filed April 19, 1918.

Green & Palmer and Frank T. Carson, for appellant. Little & Finfrock and O. B. Dobbins, for appellee.

Mr. Justice Thompson delivered the opinion of the court.